THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA DEL CARMEN MARTINEZ-PATTERSON,<br><br>Plaintiff,<br><br>v.<br><br>AT&T SERVICES, INC., a Delaware Corporation,<br><br>Defendant. | No. 2:18-cv-01180-RSM<br><br>ORDER REISSUING CASE SCHEDULING ORDER |

**THIS MATTER**, having come before the Court on Plaintiff's Motion to Re-issue or Modify Case Scheduling Order,

AND,

THE COURT HAVING CONSIDERED THE FOLLOWING:

1. Plaintiff's Motion to Re-issue or Modify Case Scheduling Order.

AND, HAVING REVIEWED THE PLEADINGS AND RECORDS ON FILE; NOW, THEREFORE,

ORDER REISSUING CASE SCHEDULING ORDER (Cause No. 2:18-cv-01180-RSM)
Page 1

THE BLANKENSHIP LAW FIRM, P.S.
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700

**THE COURT HEREBY ORDERS:**

Plaintiff's Motion to Re-issue or Modify Case Scheduling Order is GRANTED, and the Court shall re-issue its Case Scheduling Order in this matter.

DATED this 1 day of October 2018.

　　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

PRESENTED BY:

THE BLANKENSHIP LAW FIRM, P.S.

By: s/ Charlotte S. Sanders
　　Scott C. G. Blankenship, WSBA No. 21431
　　Charlotte S. Sanders, WSBA No. 45051
　　The Blankenship Law Firm, P.S.
　　1000 Second Avenue, Suite 3250
　　Seattle, WA 98104
　　Telephone: (206) 343-2700
　　Facsimile: (206) 343-2704
　　Email: sblankenship@blankenshiplawfirm.com
　　　　　csanders@blankenshiplawfirm.com
Attorneys for Plaintiff

ORDER REISSUING CASE SCHEDULING ORDER (Cause No. 2:18-cv-01180-RSM)
Page 2

**THE BLANKENSHIP LAW FIRM, P.S.**
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700