# Exhibit K

Version as of: 05/25/16

## Business Intelligence and Portal Solutions
### John Rossi   Director

Jill Boccardo
Compliance

A=Amdocs; AC=Accenture; AG=Agile1; C=CDT; CSCD=CSC Dev; CSCO=CSC Offshore; CSCS=CSC System Engineer; CSCT=CSC Test; I=InfoSys; NPW=eTemp; P=Pyramid PS=Professial Serv-Proj; T = TechM; TDP = Tech Dev Prog' Z=ZeroChaos

### Profitability, BIC, & DBAs
### Debbie Russo   Sr. Tech Director

**PFT & BIC Dev**
Mehdi Hosseini
Princ Tech Architect

Ian Green
Charles Morchel
Elizabeth Spoeri
Grace Sun
Michael Williams
*Kishore Chalasani (A)*
*Izzy Elazary (A)*

**PFT/Portal Support, DBA**
Jeff Kuhfeld  Technical Contractor Team Lead

Lenny Bord
Bob Bramel
Anstin Hall
Tova Josefovitz
Sohail Khan
Praveen Kollipara
Carmen Martinez-Patterson
Dee Tran
*Sreeni Aluru (A)*
*Ajay Chandra (CSC)*
*Imran Mohammad (CSC)*
*Sudeep Reddy Pagala (A)*
*Priyam Sengupta (CSC)*

**Redacted**

**Redacted**

**Redacted**

**Redacted**

# Exhibit M

**Employee Rankings and Ratings for Business Case: 16-409**
AWG: 1    Performance: 25%    Leadership: 25%    Skills: 25%    Experience: 25%

| AWG | Rank | Employee Name | Employee ATTUID | Employee Level | Employee Title | Employee NCS | Assessor Name | Assessor ATTUID | Performance Rating | Leadership/Character Rating | Leadership/Leading Change Rating |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 5 | KOLLIPARA, PRAVEEN | | 2 | SENIOR-DATABASE ADMINISTRATION | 6/16/2014 | ROSSI, JOHN | | 5 | 5 | 5 |
| 1 | 4.55 | HALL, ANSTIN | | 2 | PROFESSIONAL-DATABASE ADMINISTRATION* | 6/1/1993 | ROSSI, JOHN | | 4 | 4 | 4 |
| 1 | 3.5 | KHAN, SOHAIL | | 2 | PROFESSIONAL-DATABASE ADMINISTRATION* | 9/5/1989 | ROSSI, JOHN | | 3 | 3 | 3 |
| 1 | 3.15 | MARTINEZ-PATTERSON, MARIA DEL CARMEN | | 2 | PROFESSIONAL-DATABASE ADMINISTRATION* | | ROSSI, JOHN | | 2 | 2 | 3 |

| Leadership/Interpersonal Skills Rating | Leadership/Personal Capability Rating | Leadership/Focus On Results Rating | Skills Rating | Experience Rating | Performance Comment | HRG Change Comment |
|---|---|---|---|---|---|---|
| 5 | 5 | 5 | 5 | 5 | He is widely recognized as a high performer and continues to excel on | |
| 5 | 4 | 4 | 5 | 5 | Has taken on additional responsibilities | |
| 3 | 3 | 3 | 4 | 4 | | |
| 2 | 3 | 3 | 4 | 4 | | |

# Exhibit R

```
easily</span></div><qnewline>
<div style="font-size:16px;"><b><font color="#0000ff"> Debbie(1:14:34 PM):</font></b>
<span style="color:#000000;font-family:Arial;font-size:16px;">i don't know why she
won't just look for another job</span></div><qnewline>
<div style="font-size:16px;"><b><font color="#000000"> Mehdi(1:14:52 PM):</font></b>
<span style="color:#000000;font-family:Arial;font-size:16px;">because I can usually
hold my own.  Tedd just kept quiet</span></div><qnewline>
<div style="font-size:16px;"><b><font color="#0000ff"> Debbie(1:15:40 PM):</font></b>
<span style="color:#000000;font-family:Arial;font-size:16px;">she should have been
encouraged to look for another job when she was with uday.  now with her recent
appraisal and her rebuttal to it that she documented within, there is no
hope</span></div><qnewline>
<div style="font-size:16px;"><b><font color="#000000"> Mehdi(1:15:51 PM):</font></b>
<span style="color:#000000;font-family:Arial;font-size:16px;">she won't go.  she is
waiting for the right opportunity to kae this a legal issue</span></div><qnewline>
<div style="font-size:16px;"><b><font color="#000000"> Mehdi(1:15:59 PM):</font></b>
<span style="color:#000000;font-family:Arial;font-
size:16px;">kae=make</span></div><qnewline>
<div style="font-size:16px;"><b><font color="#000000"> Mehdi(1:16:32 PM):</font></b>
<span style="color:#000000;font-family:Arial;font-size:16px;">I don't even know if she
really needs to work; could be she is holding on to this job just to have her day in
court <img src="jar:file:///C:/Users/MH3242/AppData/Roaming/SBC/Q Team Link
Messenger/media/smilies.jar!/happy.gif"/></span></div><qnewline>
<div style="font-size:16px;"><b><font color="#000000"> Mehdi(1:16:37 PM):</font></b>
<span style="color:#000000;font-family:Arial;font-size:16px;">out of
spite</span></div><qnewline>
<div style="font-size:16px;"><b><font color="#0000ff"> Debbie(1:17:00 PM):</font></b>
<span style="color:#000000;font-family:Arial;font-size:16px;">if we have another fmp it
might come to that</span></div><qnewline>
<div style="font-size:16px;"><b><font color="#000000"> Mehdi(1:17:28 PM):</font></b>
<span style="color:#000000;font-family:Arial;font-size:16px;">hopefully we won't have
fmp <img src="jar:file:///C:/Users/MH3242/AppData/Roaming/SBC/Q Team Link
Messenger/media/smilies.jar!/happy.gif"/></span></div><qnewline>
<div style="font-size:16px;"><b><font color="#0000ff"> Debbie(1:17:30 PM):</font></b>
<span style="color:#000000;font-family:Arial;font-size:16px;">i'm angry that uday never
dealt with it</span></div><qnewline>
<div style="font-size:16px;"><b><font color="#000000"> Mehdi(1:17:37 PM):</font></b>
<span style="color:#000000;font-family:Arial;font-size:16px;">he made it
worse</span></div><qnewline>
<div style="font-size:16px;"><b><font color="#0000ff"> Debbie(1:18:55 PM):</font></b>
<span style="color:#000000;font-family:Arial;font-size:16px;">but john should have and
i don't think did it the way it should have been done. i was told that they marked her
down in the "how" category and discussed it with her.  well, they may have discussed it
with her but it certainly wasn't reflected in her appraisal until
me</span></div><qnewline>
<div style="font-size:16px;"><b><font color="#0000ff"> Debbie(1:19:59 PM):</font></b>
<span style="color:#000000;font-family:Arial;font-size:16px;">so to me it doesn't look
good for us that she has been with us for a couple of years and it is just now we are
```

```
<div style="font-size:16px;"><b><font color="#0000ff"> Debbie(1:25:47 PM):</font></b>
<span style="color:#000000;font-family:Arial;font-size:16px;">i really did flip out
when i pulled her appraisal from uday; it did not help my cause at
all</span></div><qnewline>
<div style="font-size:16px;"><b><font color="#0000ff"> Debbie(1:26:06 PM):</font></b>
<span style="color:#000000;font-family:Arial;font-size:16px;">i was so
angry</span></div><qnewline>
<div style="font-size:16px;"><b><font color="#000000"> Mehdi(1:33:57 PM):</font></b>
<span style="color:#000000;font-family:Arial;font-size:16px;">not good.
</span></div><qnewline>
<div style="font-size:16px;"><b><font color="#0000ff"> ==Debbie(1:36:06 PM):==</font></b>
<span style="color:#000000;font-family:Arial;font-size==:16px;">well, it won't be my
first lawsuit but hopefully will be my last==</span></div><qnewline>
<div style="font-size:16px;"><b><font color="#000000"> Mehdi(1:37:13 PM):</font></b>
<span style="color:#000000;font-family:Arial;font-size:16px;">hopefully it won't get to
that.  you don't need that kind of nonsense</span></div><qnewline>
<div style="font-size:16px;"><b><font color="#000000"> Mehdi(1:39:12 PM):</font></b>
<span style="color:#000000;font-family:Arial;font-size:16px;">don't mean to keep
harping on this, but I think we also don't want david to get a whiff that there is
something particular going on with carmen</span></div><qnewline>
<div style="font-size:16px;"><b><font color="#0000ff"> Debbie(1:39:23 PM):</font></b>
<span style="color:#000000;font-family:Arial;font-size:16px;">no</span></div><qnewline>
<div style="font-size:16px;"><b><font color="#000000"> Mehdi(1:39:23 PM):</font></b>
<span style="color:#000000;font-family:Arial;font-size:16px;">you have to wordsmith
your response <img src="jar:file:///C:/Users/MH3242/AppData/Roaming/SBC/Q Team Link
Messenger/media/smilies.jar!/happy.gif"/></span></div><qnewline>
<div style="font-size:16px;"><b><font color="#0000ff"> Debbie(1:41:15 PM):</font></b>
<span style="color:#000000;font-family:Arial;font-size:16px;">yes, i'll take some time
to draft a response</span></div><qnewline>
<div style="font-size:16px;"><b><font color="#000000"> Mehdi(1:43:25 PM):</font></b>
<span style="color:#000000;font-family:Arial;font-size:16px;">anything new on the
titles?</span></div><qnewline>
<div style="font-size:16px;"><b><font color="#0000ff"> Debbie(1:44:15 PM):</font></b>
<span style="color:#000000;font-family:Arial;font-size:16px;">no - didn't get a chance
to talk to john about it yesterday; he was with irma most of the
day</span></div><qnewline>
<div style="font-size:16px;"><b><font color="#0000ff"> Debbie(2:34:52 PM):</font></b>
<span style="color:#000000;font-family:Arial;font-size:16px;">hi - summarizing my
notes.  we discussed running pft2 in pft1 environment.  it is currently running on
RSPRD? if we move it, does that give todd exclusive control over
rsprd?</span></div><qnewline>
<div style="font-size:16px;"><b><font color="#000000"> Mehdi(2:39:15 PM):</font></b>
<span style="color:#000000;font-family:Arial;font-size:16px;">yes, that's what we would
propose: to give rsprd to Todd exclusively.</span></div><qnewline>
<div style="font-size:16px;"><b><font color="#0000ff"> Debbie(2:39:38 PM):</font></b>
<span style="color:#000000;font-family:Arial;font-size:16px;">ok thanks.  just making
sure my notes are correct</span></div><qnewline>
<div style="font-size:16px;"><b><font color="#000000"> Mehdi(2:39:44 PM):</font></b>
```