THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA DEL CARMEN MARTINEZ PATTERSON,<br><br>            Plaintiff,<br>vs.<br><br>AT&T SERVICES, INC.,<br><br>            Defendant. | NO. 2:18-cv-01180-RSM<br><br>**Notice of Appearance of Counsel for the Plaintiff** |

To: The Court and Counsel for the Defendant

Attorney Chalmers C. Johnson hereby gives notice of his appearance as counsel for the Plaintiff in this case. Counsel's contact information is as follows:

Chalmers Carey Johnson, WSBA # 40180
GSJones Law Group, P.S.
1155 Bethel Ave
Port Orchard, WA 98366
Ph (360) 876-9221
Fax (360) 876-5097
Email: Chalmers@gsjoneslaw.com

all future pleadings, notices, documents, or other paper herein, exclusive of original process, may be made upon the Plaintiff by serving the undersigned at the address stated above.

*s/Chalmers C. Johnson*
Chalmers C. Johnson, WSBA # 40180
Attorney for the Plaintiff

January 11, 2020
*NOTICE OF APPEARANCE - 1*

⟡ **GSJones Law Group, PS** ⟡

**1155 Bethel Avenue
Port Orchard, Washington 98366
Telephone: (360) 876-9221⟡Fax: (360) 876-5097
www.GSJoneslaw.com**