THE HONORABLE JUDGE RICARDO S. MARTINEZ

1
2
3
4
5
6
7
8
9

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

10
11
12
13
14
15
16

| | |
|---|---|
| MARIA DEL CARMEN MARTINEZ-PATTERSON,<br><br>          Plaintiff,<br><br>v.<br><br>AT&T SERVICES, INC., a Delaware Corporation,<br><br>          Defendant. | Case No.: 2:18-cv-01180<br><br>**ORDER GRANTING STIPULATED MOTION FOR MODIFIED SCHEDULING ORDER** |

17
18
19
20

        THIS MATTER having come before the below-signed Judge of the above-entitled Court upon Parties Stipulated Motion For Modified Scheduling Order and the Court having considered the motion and the pleadings in this matter, and it appearing to be in the best interest of the case, therefore,

21
22
23

        IT IS HEREBY ORDERED that the Parties' Stipulated Motion For Modified Scheduling Order is GRANTED.  The Court modifies the Order Setting Trial Date and Related Dates (ECF No. 41) as follows:

24
25

| | |
|---|---|
| **JURY TRIAL DATE** | **March 29, 2021** |

26
27

| | |
|---|---|
| Deadline for disclosing expert testimony under FCRP 26(a)(2) | September 29, 2020 |

ORDER - 1

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA  98101
(206) 626-7713  FAX: (206) 260-8946

| | |
|---|---|
| Deadline for filing motions related to discovery. | October 28, 2020 |
|     Any such motions shall be noted for consideration pursuant to LCR 7(d)(3). | |
| Discovery completed by | November 30, 2020 |
| All dispositive motions must be filed by | January 13, 2021 |
|     and noted on the motion calendar no later than the fourth Friday thereafter. | |
| All motions in limine must be filed by | March 1, 2021 |
|     and noted on the motion calendar no later than the THIRD Friday thereafter. | |
| Agreed pretrial order due | March 15, 2021 |
| Pretrial conference to be scheduled by the Court. | |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | March 22, 2021 |

DATED:  June 24, 2020.



RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 2