THE HONORABLE JUDGE RICARDO S. MARTINEZ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MARIA DEL CARMEN MARTINEZ-PATTERSON,

    Plaintiff,

v.

AT&T SERVICES, INC., a Delaware Corporation,

    Defendant.

Case No.: 2:18-cv-01180

**ORDER GRANTING DEFENDANT AT&T SERVICES, INC.'S UNOPPOSED MOTION TO MODIFY DEADLINE FOR DISCLOSURE OF EXPERT TESTIMONY**

THIS MATTER having come before the below-signed Judge of the above-entitled Court upon the Defendant's Unopposed Motion to Modify Deadline for Disclosure of Expert Testimony ("Motion") and the Court having considered the motion and the pleadings in this matter, and it appearing to be in the best interest of the case, therefore,

IT IS HEREBY ORDERED that the Defendant's Motion is GRANTED.  The Court modifies the current Scheduling Order (ECF No. 44) as follows:

| | |
|---|---|
| Deadline for disclosing expert testimony under FCRP 26(a)(2) | October 12, 2020 |

ORDER GRANTING DEFENDANT AT&T SERVICES, INC.'S UNOPPOSED MOTION TO MODIFY DEADLINE FOR DISCLOSURE OF EXPERT TESTIMONY - 1

**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA  98101
(206) 626-7713  FAX: (206) 260-8946

1
2  DATED: September 30, 2020.
3
4
5                                        RICARDO S. MARTINEZ
                                         CHIEF UNITED STATES DISTRICT JUDGE
6

ORDER GRANTING DEFENDANT AT&T SERVICES, INC.'S
UNOPPOSED MOTION TO MODIFY DEADLINE FOR
DISCLOSURE OF EXPERT TESTIMONY - 2

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA  98101
(206) 626-7713  FAX: (206) 260-8946

**CERTIFICATE OF SERVICE**

The undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 29th day of September, 2020, the document attached hereto, [PROPOSED] ORDER GRANTING DEFENDANT AT&T SERVICES, INC.'S UNOPPOSED MOTION TO MODIFY DEADLINE FOR DISCLOSURE OF EXPERT TESTIMONY (with Proposed Order) was served on the following persons below via ECF:

Chalmers C. Johnson
Longshot Law, Inc.
PO Box 1575
Port Orchard, WA 98366
425-999-0900
chalmersjohnson@gmail.com

DATED this 29th day of September, 2020.

**Kilpatrick Townsend & Stockton LLP**

By /s/ Gwendolyn C. Payton
    Gwendolyn C. Payton, WSBA No. 26752
    *Counsel for Defendant AT&T SERVICES, INC.*